IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOES 151-166,<br><br>   Plaintiffs,<br><br> v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>   Defendant. | Case No. 2:20-cv-3817<br><br>Judge Michael H. Watson<br><br>Chief Magistrate Judge<br>Elizabeth P. Deavers |

**UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

  Pursuant to Rule 15(a)(1)(B), Rule 21, and Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs John Does 151-161 and John Does 163-166 (the "Dismissing Plaintiffs") hereby move the Court to **DISMISS WITH PREJUDICE** any and all claims which have been, could have been or should have been asserted by the Dismissing Plaintiffs against Defendant The Ohio State University ("OSU") in Dismissing Plaintiffs' Complaint (Doc. 1). The Dismissing Plaintiffs and OSU will bear their own attorneys' fees, costs and expenses.

  In support of this motion, the Dismissing Plaintiffs state their claims against OSU have been settled in full and that the dismissal with prejudice of the Dismissing Plaintiffs from this action will make the litigation of this action more efficient, will not prejudice OSU, and will not have any impact on the material issues involved in this litigation. The claims of the following plaintiff in this matter are not being dismissed and remain pending: John Doe 162.

The undersigned has conferred with counsel for OSU, and counsel for OSU does not oppose this motion. A Proposed Agreed Order of Dismissal with Prejudice is attached.

> /s/ Richard W. Schulte
> Richard W. Schulte (0066031)
> Wright & Schulte, LLC
> 865 S. Dixie Dr.
> Vandalia, OH 45377
> (937) 435-7500
> (937) 435-7511 facsimile
> rschulte@yourlegalhelp.com
>
> *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on March 3, 2021. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

*/s/ Richard W. Schulte*
Richard W. Schulte (0066031)
Wright & Schulte, LLC
865 S. Dixie Dr.
Vandalia, OH 45377
(937) 435-7500
(937) 435-7511 facsimile
rschulte@yourlegalhelp.com

*Counsel for Plaintiffs*