IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN DOE 151-166,**

      **Plaintiffs,**

                          Case No. 2:20-cv-3817

vs.                            Judge Michael H. Watson

                          Magistrate Judge Elizabeth P. Deavers

**THE OHIO STATE UNIVERSITY,**

      **Defendant.**

## ORDER

This matter came before the Court on July 22, 2021 for a Preliminary Pretrial Conference.  Counsel for all parties appeared and participated in the conference.

As discussed more fully during the conference, and as reflected in the parties' Rule 26(f) Report, with agreement of the parties, discovery in this case is **STAYED** pending resolution of Defendant's Motion to Dismiss.  The Court will reconvene the parties as appropriate to set a case schedule following disposition of the Motion to Dismiss.

      **IT IS SO ORDERED.**


                                                          */s/ Elizabeth A. Preston Deavers*

**DATED:  July 22, 2021**              **ELIZABETH A. PRESTON DEAVERS**
                                                **UNITED STATES MAGISTRATE JUDGE**